IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TMS LOGISTICS,

      Petitioner,

v.

DAVID LAYCOCK,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3007

Opinion filed November 6, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

E.T. Fernandez, III, Sorena S. Fallin, and Erin-Elizabeth Dolan of Fernandez Trial Lawyers, P.A., Jacksonville, for Petitioner.

Michelline H. Ruth and William W. Kurtz, Jr. of the Law Offices of Ronald E. Sholes, P.A., Jacksonville, for Respondent.

PER CURIAM.

      DENIED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.